IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| HAROLD BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:11CV214-HEH |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on February 8, 2012 (Dk. No. 16). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED that:

(1) The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court;

(2) Defendant's Motion to Dismiss for Lack of Prosecution (Dk. No. 14) is GRANTED, and this case is DISMISSED without prejudice; and

(3) This case is CLOSED.

The Clerk is directed to send a copy of this Order to Plaintiff and all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Feb. 23, 2012
Richmond, VA